# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV

2008 APR 22 P 2: 42

CLERK *B McCarthy*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| AMMON RA SUMRALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 307-064 |
| | ) |
| ANTHONY WASHINGTON, Warden, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's grievance procedure claim and Defendant Washington are

**DISMISSED** from this case.

SO ORDERED this 22nd day of April, 2008, at Augusta, Georgia.

_____

UNITED STATES DISTRICT JUDGE