IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| AMMON RA SUMRALL, | * | |
| Plaintiff, | * | |
| v. | * | CV 307-064 |
| STAN SHEPARD, | * | |
| Defendant. | * | |

## ORDER

On April 29, 2010, judgment was entered in favor of the Defendant pursuant to a defense jury verdict in the captioned case. The case was closed, and costs were taxed against Plaintiff in the amount of $598.70. Nearly five years later, Plaintiff now moves the Court to enter an Order directing the Georgia Department of Corrections to set up an installment plan to pay the unpaid portion of the taxed costs. Plaintiff's request is a reasonable one, and though I would be inclined to enter the order requested, the Court does not have jurisdiction over this closed case to do so. Accordingly, Plaintiff's motion (doc. no. 99) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of June, 2015.

UNITED STATES DISTRICT JUDGE